Daniel DELANA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 63571.

Missouri Court of Appeals,
Western District.

Dec. 21, 2004.

Margaret Mueller Johnston, Asst. Public Defender, Columbia, joins on the briefs for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Atty. Gen., Jefferson City, joins on the briefs for respondent.

Before HAROLD L. LOWENSTEIN, P.J., PAUL M. SPINDEN, and JAMES M. SMART, JR., JJ.

### Order

PER CURIAM.

This is an appeal from a Saline County Circuit Court judgment overruling Appellant's Rule 24.035 motion without an evidentiary hearing. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).

■

Mary E. OGLESBY, Appellant,

v.

PFIZER, INC., et al., Respondent,

Kenbar Services, Inc., d/b/a Manpower Temporary Services, Defendant.

No. WD 63247.

Missouri Court of Appeals,
Western District.

Dec. 21, 2004.

Leland F. Dempsey, Kansas City, for appellant.

Jeffrey M. Place, Brian J. Fowler, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., HOWARD and SMART, J.J.

### ORDER

PER CURIAM.

Mary Oglesby appeals the entry of summary judgment against her and in favor of Pfizer, Inc., on her claim that Pfizer wrongfully discharged or discriminated against her because she exercised her rights under the Missouri Workers' Compensation Act. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).